IN THE UNITED STATES COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Deanna Dube, *on behalf of herself and all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> AON, PLC, <br><br> Defendant. | Case No. 1:22-CV-03587 |

### NOTICE OF VOLENTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(i), Plaintiff Deanna Dube hereby dismisses without prejudice all claims against Aon PLC.

Dated: August 12, 2022

Respectfully submitted,

*/s/ Joseph M. Lyon*
Joseph M. Lyon
THE LYON FIRM
2754 Erie Avenue
Cincinnati, OH 45208
Phone: 513-381-2333
Email: jlyon@thelyonfirm.com

Terence R. Coates
MARKOVITS, STOCK & DEMARCO
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: 513-651-3700
Email: tcoates@msdlegal.com

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 12th day of August 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

<u>*/s/ Joseph M. Lyon*</u>
Joseph M. Lyon